IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM EDWARD PERRY, JR.,
    Plaintiff,

vs.                                       Case No.: 3:16cv343/LAC/EMT

WILLIAM TREVOR MAYO,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. By order of this court dated February 12, 2018, Plaintiff was given thirty (30) days in which to submit a service copy of the Sixth Amended Complaint (*see* ECF No. 39). The copy of the order served upon Plaintiff was returned by the Escambia County Jail as undeliverable and marked "Return to Sender/Attempted Not Known/Unable to Forward" (*see* ECF No. 40). Plaintiff did not notify the court of a new address, nor did he provide a service copy of the Sixth Amended Complaint; therefore, on March 19, 2018, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 41). The show cause order was returned by the Escambia County Jail as undeliverable and marked "Rel. 2/8/18," indicating that Plaintiff was release from the Jail on February 8, 2018 (*see* ECF No. 42). As of the date of this Report and

Recommendation, Plaintiff has not notified the court of his new address, nor has he submitted a service copy of the Sixth Amended Complaint.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 20th day of April 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.