IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM EDWARD PERRY, JR.,
    Plaintiff,

vs.                                 Case No.: 3:16cv343/LAC/EMT

WILLIAM TREVOR MAYO,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 20, 2018 (ECF No. 43). Attempts have been made to furnish Plaintiff a copy of the Report and Recommendation and notice of the opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All attempts have been returned as undeliverable, Plaintiff having been released with no forwarding address.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 24th day of May, 2018.

                         s/*L.A. Collier*
                      **LACEY A. COLLIER**
                      **SENIOR UNITED STATES DISTRICT JUDGE**